IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIANO TEIXIERA DA SILVA, | ) | |
| | ) | |
| Petitioner, | ) | 3:26-CV-01830-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN MCSHANE, et al., | ) | |
| | ) | |
| Respondents, | ) | |

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

AND NOW, this 16th day of October 2026, upon consideration of Petitioner's Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(A), IT IS HEREBY ORDERED that said motion is GRANTED. Petitioner's Petition for Writ of Habeas Corpus, filed on September 15, 2026, is DISMISSED without prejudice.

BY THE COURT:

____________________________
Marilyn J. Horan
United States District Judge

ADRIANO TEXIERA DA SILVA
A220642811
MOSHANNON VALLEY PROCESSING CENTER
LEGAL MAIL - Open in Presence of Detainee
555 GEO DRIVE
PHILIPSBURG, PA 16866